**Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00441-CV

**SEBASTIAN OSUEKE AND SALOME OSUEKE, Appellant**

**V.**

**ESPERANZA OCHOA, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1107456**

## M E M O R A N D U M      O P I N I O N

This is an appeal from a judgment signed May 18, 2018. The clerk's record was filed June 11, 2018. The reporter's record was filed October 15, 2018. No brief was filed.

On November 20, 2018, this court issued an order stating that unless appellant filed a brief on or before December 5, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.